

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2017

No. 04-16-00519-CV

Loren **BREWER**,
Appellant

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION**, Schlumberge, N.V. a/k/a
Schlumberger Limited and Jose Salazar Jr.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 14-09-53692-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

This court ordered appellant to file a response in this court on or before February 6, 2017, to appellees' Motion for Rehearing or Clarification. No response was filed. On February 14, 2017 – eight days after the original due date, appellant filed a motion for extension of time, asking the court for an extension of ten days from the original due date in which to file the response. After review, we **GRANT** appellant's motion for extension of time to file a response. We **ORDER** appellant to file his response in this court on or before February 17, 2017. Appellant is advised that no further extensions of time will be granted absent written proof of extraordinary circumstances. We further advise appellant that he failed to include a certificate of conference in his motion. The Texas Rules of Appellate Procedure requiring a party filing a motion in civil cases – except for motions for rehearing and motions for en banc reconsideration -- to include a certificate of conference. *See* Tex. R. App. P. 10.1(a)(5). Appellant is advised to comply with this rule on any and all future filings in this court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court